| | |
|---|---|
| 1 | **MARK W. COLEMAN # 117306** |
| 2 | **NUTTALL & COLEMAN** |

**MARK W. COLEMAN # 117306**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
Fresno, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant
RODOLFO CORONA-AYALA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:13 CR 00001 LJO |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF HEARING** |
| RODOLFO CORONA-AYALA, | And |
| Defendant. | **O R D E R** |

**IT IS HEREBY STIPULATED** by and between counsel for the parties herein, that the Hearing in the above matter currently scheduled on Monday, February 11, 2013, at 8:30 a.m., in the above-entitled court, be continued to Monday, February 25, 2013, at 8:30 a.m.

Counsel for Defendant received the probation report on or about January 28, 2013. Counsel scheduled an appointment with the Marshall's services to review the probation report on February 4, 2013, however, defendant had not been brought over from Lerdo. Counsel attempted to reschedule for Wednesday, February 6, 2013, but was advised that the bus was already full

and defendant could not be brought up from Lerdo until Wednesday, February 13, 2013.

Counsel's office has conferred with Assistant United States Attorney, Megan Richards, who has no objection to this continuance and has agreed to the February 25, 2013, court date.

DATED: February 6, 2013.

Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN
_____

MARK W. COLEMAN
Attorneys for Defendant
Rodolfo Corona-Ayala

DATED: February 6, 2013.

/s/ MEGAN RICHARDS
_____

MEGAN RICHARDS
Assistant U. S. Attorney

IT IS SO ORDERED.

Dated:   **February 7, 2013**         /s/  Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE